

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1 KEYSHAWN WILLIAMS,

        Defendant.
_____/

Case:3:21-cr-20044
Judge: Cleland, Robert H.
MJ: Altman, Kimberly G.
Filed: 01-27-2021 At 04:46 PM
INDI USA V KEYSHAWN WILLIAMS (LG)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*(18 U.S.C. §922(g)(1) - Felon in possession of a firearm)*

D-1 KEYSHAWN WILLIAMS

    That on or about November 21, 2020, in the Eastern District of Michigan, Southern Division, the defendant, KEYSHAWN WILLIAMS, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, a felony offense, did knowingly and unlawfully possess a firearm, to-wit: one AREX, Delta, 9mm pistol, which was manufactured outside the State of Michigan and thus

1

traveled in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

### *18 U.S.C. § 924(d) and 28 U.S.C. § 2461*

The above allegations contained in this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), together with Title 28, United States Code, Section 2461(c).

Upon conviction of the offense(s) alleged in this Indictment, Defendant KEYSHAWN WILLIAMS shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of the offense(s), including, but not limited to, an AREX,

Delta, 9mm pistol, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

MATTHEW A. ROTH
Chief, Major Crimes Unit


*s/Jeanine Brunson*
JEANINE BRUNSON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9597
Jeanine.Brunson@usdoj.gov

Dated: January 27, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 3:21-cr-20044<br>Judge: Cleland, Robert H.<br>MJ: Altman, Kimberly G.<br>Filed: 01-27-2021 At 04:46 PM<br>INDI USA V KEYSHAWN WILLIAMS (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | AUSA's Initials: _CMK_ |

**Case Title:** USA v. KEYSHAWN WILLIAMS

**County where offense occurred:** Wayne

**Check One:** ☒ Felony   ☐ Misdemeanor   ☐ Petty

　___Indictment/___Information --- no prior complaint.
　_✓_Indictment/___Information --- based upon prior complaint [Case number: 20-mj-30528 ]
　___Indictment/___Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 27, 2021
Date

Jeanine Brunson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9597
Fax: (313) 226-2372
E-Mail address: jeanine.brunson@usdoj.gov
Attorney Bar #: P55429

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.